UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH ANTHONY SPICA,        ) | |
|                              ) | |
|     Plaintiff(s),            ) | |
|                              ) | |
|     vs.                      ) | Case No. 4:11CV1280 JCH |
|                              ) | |
| ASBESTOS WORKERS OF ST. LOUIS ) | |
| LOCAL NO. 1 PENSION FUND,    ) | |
|                              ) | |
|     Defendant(s).            ) | |

**ORDER OF DISMISSAL**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's First Amended Complaint is **DISMISSED**.

Dated this   6th   day of September, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE